UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
BOARD OF TRUSTEES of the PRIVATE
SANITATION UNION LOCAL 813 PENSION
FUND,

                      Plaintiffs,

- against -

METRO DEMOLITION CONTRACTING CORP.
and METRO INTERIOR DEMOLITION, INC.,

                      Defendants.
------------------------------------------------------------------x

**SUMMARY ORDER**
10-CV-195 (DLI) (RER)

**DORA L. IRIZARRY, United States District Judge:**

On September 17, 2010, the Honorable Ramon E. Reyes, Jr., U.S.M.J., issued a Report and Recommendation ("R&R") with regard to plaintiffs' request for damages against defendants Metro Demolition Contracting Corp. and Metro Interior Demolition, Inc. No objections to the R&R have been filed. Upon due consideration, the Report and the Recommendations contained therein are hereby adopted in their entirety.

Accordingly, it is hereby ORDERED that plaintiff's motion for default judgment is GRANTED, and the Clerk of the Court enter judgment for plaintiff in the total amount of $363,579.27, comprised of: (1) $289,114.00 in withdrawal liability; (2) $16,212.47 in accrued interest on the outstanding withdrawal liability; (3) $57,822.80 in liquidated damages; and (4) $430.00 in costs.

SO ORDERED.

Dated: Brooklyn, New York
       January 20, 2011

                                                     /s/
                                       DORA L. IRIZARRY
                                   United States District Judge